**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

NATIONAL ASSOCIATION OF STATE
CONTRACTORS' LICENSING AGENCIES

CIVIL ACTION

VERSUS

25-572-SDD-RLB

LOUISIANA CONTRACTORS LICENSING
SERVICE, INC., ET AL.

**RULING**

The Court has carefully considered the *Motion,*[1] *record*, the law applicable to this action, and the *Report and Recommendation*[2] of United States Richard L. Bourgeois, Jr. dated September 2, 2026. Plaintiff filed an objection[3] to the *Report and Recommendation* and the Court has conducted a de novo review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that Plaintiff's Opposed Motion to Substitute Proper Party for Deceased Defendant[4] is **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Ronald Squyres is **DISMISSED,** with prejudice, pursuant to Federal Rule of Civil Procedure 25(a)(1).

Signed in Baton Rouge, Louisiana, on this 23rd day of September, 2026.

Shelly D. Dick

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

[1] Rec. Docs. 57.
[2] Rec. Doc. 69.
[3] Rec. Doc. 73.
[4] Rec. Doc. 57.